

# NUMBER 13-21-00379-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE ALEJANDRA SUAREZ

### On Petition for Writ of Mandamus.

# ORDER

### Before Justices Benavides, Longoria, and Tijerina
### Order Per Curiam

Relator Alejandra Suarez has filed a petition for writ of mandamus through which she asserts that the trial court abused its discretion by ordering a "change in conservatorship without a proper showing of evidence proving the [minor child] was in danger, emotionally or physically." The Court requests that the real party in interest, Francisco Trevino, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
8th day of November, 2021.